**BEAR CREEK TECHNOLOGIES, INC., Appellant**

v.

**CISCO SYSTEMS, INC., Appellee**

**2016-1805**

United States Court of Appeals, Federal Circuit.

March 15, 2017

ANTHONY L. MIELE, Miele Law Group, Medway, MA, argued for appellant.

DAVID L. McCOMBS, Haynes & Boone, LLP, Dallas, TX, argued for appellee. Also represented by DEBRA JANECE McCOMAS, THOMAS W. KELTON; GREGORY P. HUH, Richardson, TX.

(Moore, SCHALL, and HUGHES, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**

**EVIE'S CATERING, INC., Plaintiff-Appellant**

v.

**UNITED STATES, Defendant-Appellee**

**2016-2342**

United States Court of Appeals, Federal Circuit.

March 17, 2017

J. JAY CARROLL, Halverson Northwest Law Group PC, Yakima, WA, argued for plaintiff-appellant.

CHRISTOPHER L. HARLOW, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., STEVEN J. GILLINGHAM.

(Prost, Chief Judge, Mayer and Moore, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**